IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Deborah Elizabeth Davis, | ) | C/A No. 9:19-3010-RMG-BM |
| Plaintiff, | ) ) ) | |
| vs. | ) | **ORDER** |
| Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff has filed an Application to Proceed without Prepayment of Fees and Affidavit (Form AO-240)[ECF No. 4]. Based on the financial information submitted, authorization for Plaintiff to proceed without prepayment of fees is **granted**.

**IT IS SO ORDERED.**

_____
Bristow Marchant
United States Magistrate Judge

October 25, 2019
Charleston, South Carolina